IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TELLY SINCLAIR KNOX, JR.<br><br>and<br><br>JUSTIN CARROLL MCKNIGHT, a/k/a "Migo"<br><br>*Defendants.* | Case No. 1:26-mj-442 |

**AFFIDAVIT IN SUPPORT OF**
**CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Trevor Griffin, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Detective with the City of Alexandria Police Department ("APD") and have been employed as a police officer with the APD since July 2012. I am currently assigned to the Violent Crimes Unit in the Criminal Investigations Section and have been since January 2020. I am also detailed to the Federal Bureau of Investigation ("FBI"), where I serve as a Task Force Officer with the FBI's Northern Virginia Safe Streets Task Force. As such, I am "an investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for federal offenses.

2. As a law enforcement officer, I have participated in the application for and execution of numerous arrest and search warrants in the investigations of narcotics, firearms, and

gang-related offenses, resulting in the prosecution and conviction of numerous individuals and the seizure of illegal drugs, weapons, stolen property, and other evidence of criminal activity. I have also received training from private accredited law enforcement organizations and the Northern Virginia Criminal Justice Academy. This has included specialized training in gang and narcotics investigations, building and prosecuting gang cases, interviews, identification and documentation of gangs, firearms and firearms identification, search and seizure, and criminal law.

3. I make this affidavit in support of a criminal complaint and arrest warrants charging that on or about October 4, 2026, in the City of Alexandria, within the Eastern District of Virginia, the defendants, **TELLY SINCLAIR KNOX, JR.** (“**KNOX**”) and **JUSTIN CARROLL MCKNIGHT, a/k/a “Migo”** (“**MCKNIGHT**”), each knowing that they had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Taurus G3, 9mm, semi-automatic pistol, bearing serial number ACA420362, knowingly possessed by **KNOX**, and a Glock 29, 10mm, semi-automatic pistol, bearing serial number CFKX547, knowingly possessed by **MCKNIGHT**, said firearms having been shipped or transported in interstate or foreign commerce, in violation of 18 U.S.C. § 922(g)(1).

4. The facts and information contained in this affidavit are based on my personal knowledge of the investigation and information obtained from other law enforcement officers. The observations of these law enforcement officers were relayed to me by the individuals who made them or are based on my review of police reports, documents, body worn camera footage, surveillance video and physical evidence obtained during the investigation.

5. This affidavit does not contain every fact known to me or the government regarding this investigation but rather contains only information necessary to demonstrate probable cause in support of a criminal complaint and arrest warrant.

**PROBABLE CAUSE**

*Shots Fired in the 100 block of Ellsworth Drive*

6. On or about October 4, 2026, at approximately 8:37 a.m., APD officers were dispatched to the 100 block of Ellsworth Drive, Alexandria, Virginia, for a report of multiple gunshots. Police dispatch also received information that a U-Haul truck was involved in the shooting and had left the scene heading eastbound on Duke Street toward Old Town Alexandria. Shortly thereafter, responding APD officers located a U-Haul truck, with the rear roll-up door open, and travelling eastbound on Duke Street in the direction of Dulany Street toward Old Town. The U-Haul truck made a right turn on Dulany Street and APD officers initiated a traffick stop but the U-Haul continued driving and then crashed into a retaining wall in the 600 block of Dulany Street in front of the United States Patent and Trademark Office ("USPTO").




*Still image from surveillance video showing the U-Haul truck fleeing the shooting scene*

*KNOX and MCKNIGHT Attempt to Flee from APD on Foot*

7. While the U-Haul truck was still moving, two males (later identified as **KNOX** and **MCKNIGHT**) exited the vehicle and fled in opposite directions down staircases leading into the USPTO property. **KNOX**, who was in front passenger seat of the U-Haul truck, ran to the right after exiting the vehicle, fell down the right staircase, and continued running through the USPTO grounds. A short time later, **KNOX** is detained and taken into custody by APD Officers Pierre Louis and Koch on the USPTO grounds.



*Still image from surveillance video depicting KNOX being detained by APD*

8. **MCKNIGHT**, who was in the driver seat of the U-Haul, ran to the left after exiting the vehicle, fell down the left staircase, where he dropped what appeared to be a firearm and cell phone. **MCKNIGHT** stopped to pick up both items and then continued running from the APD officers who were following in pursuit.



*Still image from surveillance video depicting the firearm dropped by MCKNIGHT*

9. **MCKNIGHT** continued his flight from APD through the USPTO grounds where he was pursued by APD K9 Officer Escober and K9 Stella. K9 Officer Escobar deployed K9 Stella to apprehend **MCKNIGHT**, who was able to narrowly escape by scaling up and over an approximately eight foot wall, and then continuing to run from APD in the area of the 1800 block of Eisenhower Avenue. A short time later, **MCKNIGHT** was detained by APD Officer Larnerd in the area of the intersection of Emerson Avenue and John Carlyle Avenue.

<u>*Surveillance Video of the Shooting*</u>

10. I have reviewed surveillance video obtained from the 100 block of Ellsworth Avenue that captures the shooting. In the video, at approximately 8:30 a.m., a silver Mercedes-Benz sedan and the aforementioned U-Haul truck can be seen entering the parking lot. Shortly thereafter, a red Chevrolet Suburban enters parking lot, followed by dark blue Jeep Cherokee. The Suburban parks behind the U-Haul truck and the Jeep Cherokee parks further away.

11. The invididuals who arrived in the vehicles interact with each other for a short period of time and then there appears to be some sort of a dispute, which leads to an exchange of gunfire.

12. Prior to the shooting, an individual matching the physcial appearance and clothing worn by **MCKNIGHT** is seen exiting the U-Haul truck from the driver's side door. **MCKNIGHT** then walks around the front of the U-Haul truck to the passenger side of the vehicle, where **MCKNIGHT** is seen raising his hand in a shooting position. **MCKNIGHT** then turns around and walks back in front of the U-Haul truck holding something in his right jacket pocket in a manner, that based upon my training and experience, is consistent with it being a firearm.



*Still image from surveillance video depicting MCKNIGHT holding an object in his right hand*

13. During the exchange of gunfire, a black male matching the physical appearance and clothing worn by **KNOX** can be seen pointing what appears to be a firearm. After the shooting stops, a large amount of cash is seen falling out of **KNOX's** sweatshirt. **KNOX** is then seen picking up the cash and getting into the front passenger seat of the U-Haul truck, which then flees the area before it is located by responding APD Officers travelling eastbound on Duke Street.



*Still image from surveillance video depicting KNOX pointing a firearm*

*Firearms Evidence Recovered by APD*

14. K9 Officer Escobar and K9 Stella conducted an article search on the USPTO grounds in the areas that **KNOX** and **MCKNIGHT** were observed fleeing from APD Officers. During the search of the USPTO courtyard that was in **MCKNIGHT's** path of travel, K9 Officer Escobar located a Glock 29, 10mm, semi-automatic pistol, bearing serial number CFKX547

(hereinafter the "Glock 29") that was missing the magazine. Additionally, the Glock 29 had a cartidge case in the chamber that appeared to have failed to properly eject after being fired.



*Photo depciting Glock 29 as located by K9 Officer Escobar and K9 Stella*



*Photo depcting Glock 29 after the cartridge case was removed from the chamber*

15. APD subsequently obtained a search warrant for the U-Haul truck. During the execution of the warrant, APD officers located a partially loaded Glock 10mm magazine inside the U-Haul truck on the driver's seat that **MCKNIGHT** was seen exiting from.



*Photo depicting Glock 10 mm magazine located in the driver's seat of the U-Haul truck*

16. I know from my training and experience that Glock 29 pistols are chambered to fire 10mm caliber ammunition. Additionally, I spoke to a Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") agent who is trained in interstate nexus research. I was informed by the ATF agent that Glock 29 pistols are not manufactured in Virginia. Therefore, in my training and experience, I know that the Glock 29 pistol bearing serial number CFKX547, which was recovered from the area where **MCKNIGHT** was seen exiting the U-Haul, was necessarily shipped or transported in interstate or foreign commerce.

17. After locating the Glock 29, K9 Officer Escobar and K9 Stella conducted a search in the area of the USPTO grounds where **KNOX** fell down the staircase. While searching behind

the staircase, K9 Officer Escobar located a a Taurus G3, 9mm, semi-automatic pistol, bearing serial number ACA420362 (hereinafter the "Taurus G3") with a magazine containing ammunition inserted into the firearm.



*Photo depicting the Taurus G3 as located by K9 Officer Escobar and K9 Stella*

18. During my review of surveillance video from the USPTO, I observed that as **KNOX** was falling down the stairs, he appears to throw a firearm into the air. The firearm then hits a tree and falls to the ground under the same staircase where the Taurus G3 was located. Additionally, the magazine from the Taurus G3 was processed by APD for latent prints. A latent print of value was developed and identifed to **KNOX** by APD Latent Print Examiner Baker.

19. I also spoke to the ATF agent trained in interstate nexus research about the Taurus G3 and was informed that Taurus G3 pistols are not manufactured in Virginia. Therefore, in my training and experience, I know that the Taurus G3 pistol bearing serial number CFKX547, which was recovered from the area where **KNOX** was seen fleeing from APD, was necessarily shipped or transported in interstate or foreign commerce.

*KNOX and MCKNIGHT's Prior Felony Convictions*

20. **KNOX** is a multi-time convicted felon, having been convicted of the sale for profit of a schedule I or II controlled substance, in violation of Va. Code § 18.2-248, and possession of a firearm while possessing a schedule I or II conrolled substance, in violation of Va. Code § 18.2-308.4, on or about April 18, 2023, which are both crimes punishable by imprisonment for a term exceeding one year.

21. **MCKNIGHT** is a multi-time convicted felon, having been convicted of the sale for profit of a schedule I or II controlled substance, in violation of Va. Code § 18.2-248, and possession of a firearm while possessing a schedule I or II conrolled substance, in violation of Va. Code § 18.2-308.4, on or about April 18, 2023, which are both crimes punishable by imprisonment for a term exceeding one year. In addition, **MCKNIGHT** was convicted of possession of a firearm while possessing a schedule I or II conrolled substance, in violation of Va. Code § 18.2-308.4, on or about January 23, 2025, and unlawful shooting at an occupied dwelling, in violation of Va. Code § 18.2-279, on or about December 11, 2025, which both crimes punishable by imprisonment for a term exceeding one year.

**CONCLUSION**

1. Based on the foregoing, I submit that probable cause exists to believe that that on or about October 4, 2026, in the City of Alexandria, within the Eastern District of Virginia, the defendants, **TELLY SINCLAIR KNOX, JR.** ("**KNOX**") and **JUSTIN CARROLL MCKNIGHT, a/k/a "Migo"** ("**MCKNIGHT**"), each knowing that they had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Taurus G3, 9mm, semi-automatic pistol, bearing serial number ACA420362, knowingly possessed by **KNOX**, and a Glock 29, 10mm, semi-automatic pistol, bearing serial number CFKX547, knowingly possessed by **MCKNIGHT**, said firearms having been shipped or transported in interstate or foreign commerce, in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

Trevor Griffin

Trevor Griffin
Task Force Officer
Federal Bureau of Investigation

Attested to in accordance with the requirements of
Fed. R. Crim. P. 4.1 via telephone on November 9, 2026:

Hon. William E. Fitzpatrick
United States Magistrate Judge
Eastern District of Virginia